Rev. 10/31/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
Courtroom Minute Sheet – Criminal Case

Date __September 16, 2011__   Judge __David D. Noce__   Case No. __4:11CR361 AGF/DDN__

UNITED STATES OF AMERICA v. __Fred Robinson__

Court Reporter _____FTR_____   Deputy Clerk __Katie Stamm__

Assistant United States Attorney(s) __Hal Goldsmith__

Attorney(s) for Defendant(s) __FPD: Lucy Liggett__

Interpreter: _____   ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance   ☐ Detention Hearing   ☐ Preliminary Revocation
☒ Arraignment   ☐ Bond Review   ☐ Probation
☐ Preliminary Examination   ☐ Bond Execution/Appearance Bond   ☐ Supervised Release
☐ Motion Hearing   ☐ In Court Hrg (**WAIVER OF MOTIONS**)   ☐ Competency
  ☐ Evidentiary Hearing   ☐ Change of Plea/Sentencing   ☐ Pretrial/Status Conference
  ☐ Oral Argument/Non Evidentiary Hearing   ☐ Rule 5(c)(3)Removal (Identity)   ☐ Material Witness

Additional Information _____

_____ pt mtns – _____

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond   ☐ Secured by 10%

  ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ Before _____

☐ Preliminary examination   set for _____

☒ Defendant arraigned   ☒ Waives reading of indictment/information   ☐ Matter taken under advisement

☒ Plea entered : not guilty   Order on pretrial motions:   ☐ issued   ☐ to issue

  ☐ Oral Mtn for Suppression by deft   ☒ Written Mtn for Time to File Pretrial Mtns by deft

  ☐ Oral Mtn for Determination of Arguably Suppressible Evidence by Govt

☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time __not set__   Before __AGF__

  ☐ Remanded to custody   ☒ Released on bond

Next hearing date/time _____   Type of hearing _____   Before _____

Proceeding commenced __8:50__   Proceeding concluded __8:55__   Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.