UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:11CR00361 AGF/DDN |
| | ) |
| FRED W. ROBINSON, | ) |
| | ) |
| Defendant. | ) |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR SEVERANCE

COMES NOW the United States of America, by and through Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Hal Goldsmith, Assistant United States Attorney for said District, and for its response to Defendant Robinson's Motion To Sever Counts 1-3 from Counts 4-8 (doc. 78), respectfully states to this Honorable Court as follows:

The United States fully incorporates by reference its previous Response to Defendant's Motion for Severance (doc. 29) and its previous Response to Defendant's Objections to the Report and Recommendation (doc. 53) as if fully set forth herein.

WHEREFORE, the United States respectfully requests this Honorable Court to issue its Order overruling and denying defendant's Motion to Sever Counts, and for such other relief this Court deems just and proper under the circumstances.

                                              Respectfully submitted,
                                              RICHARD G. CALLAHAN
                                              UNITED STATES ATTORNEY

                                                /s/ Hal Goldsmith
                                              ASSISTANT UNITED STATES ATTORNEY

>111 South 10th Street, Suite 20.333
>St. Louis, Missouri 63102
>314.539.2200
>hal.goldsmith@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

>Felicia Jones, Assistant Federal Public Defender.

>    /s/ Hal Goldsmith
>ASSISTANT UNITED STATES ATTORNEY