**RECEIVED**

**JUL 1 3 2012**

**BY MAIL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

United States of America,              )
                                       )
                 Plaintiff,            )
                                       )
v.                                     )       No. 4:11-CR-361 AGF/DDN
                                       )
Fred W. Robinson,                      )
                                       )
                 Defendant.            )

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to E.D.Mo.L.R. 12, I, Catherine Crump of the American Civil Liberties

Union Foundation (ACLU), move to be admitted pro hac vice to the bar of this court for

the purpose of representing the ACLU and the ACLU of Eastern Missouri in this matter.

In support of this motion, I submit the following information, as required by E.D.Mo.

L.R. 12.01(E).

     (a) Full name of the movant-attorney:     Catherine Crump;

     (b) Address, telephone number, and fax number of the movant-attorney:
        125 Broad Street, 17th Floor, New York, NY 10004, (212) 519-7806, (212)
        549-2654;

     (c) Name of the firm or letterhead under which the movant-attorney practices:
        American Civil Liberties Union Foundation

     (d) Name of the law school movant attended and the date of graduation
        therefrom: Stanford Law School, June of 2004

     (e) Bars, state and federal, of which movant is a member, with dates of admission
        and registration numbers, if any:
        (1)  State of California, 2005, Bar No. 237438
        (2)  U.S. District Court, District of Colorado, 2005
        (3)  U.S. Court of Appeals, 9th Circuit, 2005
        (4)  U.S. Court of Appeals, 10th Circuit, 2006

    (5)    U.S. Court of Appeals, 1st Circuit, 2007, Bar No.120707

    (6)    U.S. Court of Appeals, 3rd Circuit, 2007

    (7)    State of New York, 2008, Bar No. 4635769

    (8)    U.S. Court of Appeals, 2nd Circuit, 2009

    (9)    U.S. District Court, Southern District of New York, 2009, Bar No. cc4067

    (10)   U.S. District Court, Eastern District of New York, 2010, Bar No. cc4067

    (11)   U.S. Court of Appeals, D.C. Circuit, 2010, Bar No. 52993

    (12)   U.S. Supreme Court, 2011.

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar;

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district, and is not regularly engaged in the practice of law in this district.

Attached to this motion is a certificate of good standing from the New York State

Court of Appeals, the jurisdiction where movant resides and is regularly employed as an

attorney.

Movant attests under penalty of perjury the truth and accuracy of the foregoing

facts and respectfully requests that this motion be granted and the movant be admitted pro

hac vice to the bar of this court to appear in the instant matter.

Date:

                      THE AMERICAN CIVIL LIBERTIES
                      UNION FOUNDATION

                      Catherine Crump
                      ccrump@aclu.org
                      Speech, Privacy and Technology Project
                      American Civil Liberties Union
                      125 Broad Street, 17th floor
                      New York, New York 10004
                      (212) 549-2500